THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH V. AUGELLO and BERNARD BERMAN, Appellants.

Argued October 23, 1945; decided November 29, 1945.

*William B. Mahoney* and *John B. Corcoran* for appellants.

*Leo J. Hagerty, District Attorney* (*Maurice Frey* and *George H. Metz* of counsel), for respondent.

Judgments affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, and DYE, JJ. Taking no part: MEDALIE, J.